# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| DEBORAH BELLINA, | * | CIVIL ACTION NO.:  2:19-CV-13711 |
| PLAINTIFF | * | |
| | * | |
| VERSUS | * | JUDGE:        SARAH VANCE |
| | * | |
| LIBERTY MUTUAL INSURANCE | * | |
| COMPANY, | * | MAG. JUDGE:    DANA DOUGLAS |
| DEFENDANT | * | |

**************************************************************************

### PLAINTIFF'S MOTION *IN LIMINE* AND TO ESTOP DEFENDANT'S SUGGESTION THAT THERE WAS NO HAIL/NOT "BIG ENOUGH" HAIL TO DO DAMAGE AS TO EACH EXPERT

Plaintiff, Deborah Bellina, ("Bellina") respectfully moves this Honorable Court to exclude or limit the testimony of Defendant's three experts Dr. Lee Branscome, CCM ("Dr. Branscome"), Jason Johnston ("Johnston") and F Dirk Carvajal ("Carvajal") on suggestion to the Court that the "weather expert", *cannot*, but nonetheless attempts to, reach the ultimate issue of whether the hail storm *could* have done the documented hail damage to the cement shingles. So, to the remaining experts Johnston and Carvajal, who failed to conduct a hands-on inspection, and don't have the qualifications to determine the cause of damage, could not find hail damage using a fly by drone inspection but then blamed documented cement shingles damage on fantom roof repairmen.

Further, Defendant should be estopped from suggesting that there was no hail storm after the Defendants adjuster documented same having destroyed (beyond repair) 4 out of 5 roofs on the property and adjusted those roofs as a total loss due to documented hail damage, declared it as fact to the insured in writing and processed the claim on that basis before suit was filed all as set more detailed and thorough in the accompanying memorandum in support of this motion.

Accordingly, the Court should grant Plaintiff, Deborah Bellina's motion *in limine* and exclude or limit the testimony of Dr. Lee Branscome, CCM ("Dr. Branscome") to weather issues and not the ultimate cause of loss, limit Jason Johnston's and F Dirk Carvajal's ("Carvajal") testimony to observed conditions and not the ultimate cause of same all under Federal Rule of Evidence 702.

Dated: 12/02/2020                           Respectfully Submitted:

                                             /s/ *Paul A. Lea, Jr.*
                                            **PAUL A. LEA, JR. (#18637)**
                                            PAUL A. LEA, JR., APLC
                                            229 N. Vermont Street
                                            Covington, Louisiana 70433
                                            Telephone: (985) 292-2300
                                            Facsimile:  (985) 249-6006
                                            Email:      paul@paullea.com

                                            ***Attorney for Plaintiff, Deborah Bellina***