

February 25, 2019

Deborah Bellina
73530 Military Rd
Covington, LA 70435-6018

Claim Number:  039102820-01
Date of Loss:    1/18/2019
Policy Number: H3F29816266340
Deductible:      $16,621.00

Dear Ms. Bellina,

At Liberty Mutual our goal is to make your claims experience as easy and worry-free as possible. I'm writing you now to share the latest information about your homeowners claim.

As we recently discussed, I have reviewed your claim hail damage to the buildings on your property and interior damages to the upstairs bedroom. Coverage for hail and wind damged shingles to the other structures on your property, for which an estimate has been provided for roof replacement of these roofs. The upstairs bedroom also sustained water damages which his included in the coverage. The repairs estimated at this time, are less than the policy deductible of $16,621.

Replacement cost…………$20,126.47
Deductible…………………(16,621.00)
Recoverable Depreciatino…(3538.67)
Payment……………………-$0.00

**Depreciation**
☐ If non-recoverable depreciation has been applied to a portion of your loss, your policy requires that property of this type be settled at actual cash value (depreciation applied).
☐ If recoverable depreciation has been applied, your policy allows for reimbursement for those depreciated items not exceeding the total amount it cost to repair or replace. Once the repairs are completed or the items have been replaced, please submit your receipt(s) to Liberty Mutual for review.
☐ The following conditions are required prior to reimbursement of recoverable depreciation:
1. The structure must be repaired or property must be replaced.
2. You must have documentation to support that you have paid for the repairs or replacement of property.

**Before Starting Repairs (applies to Dwelling and/or Other Structure claims)**
☐ Before repairs begin, please show our estimate to your contractor. If your contractor's estimate exceeds the amounts in our estimate, please contact us prior to beginning the work.
☐ If your mortgage company is named on your settlement check, you will need to contact your mortgage company to review its procedures for handling claim checks.



CONTACT US

**By phone**
Tel: (504) 940-8638
Fax: (888) 536-7183

**By E-mail**
katie.french@libertymutual.com

**Liberty Personal Insurance Company**
Mailing Address:
P.O. Box 515097
Los Angeles, CA 90051-5097
Telephone: (800) 225-2467
Fax: (888) 268-8840

**Visit us online**
LibertyMutual.com

**About Claims Process**
Libertymutual.com/claims-center/home-insurance-claims

UD_PD

EXHIBIT 1

Page 1 of 3



**Requesting Recoverable Depreciation**
☐ Once the repairs are completed or the items have been replaced, please submit paid bills, receipts and/or cancelled checks for the repairs or replacement, including claim number, to the mailing address or fax number listed above. We will then consider payment of the difference between your incurred repair or replacement cost and the actual cash value of the loss. A reinspection of the repairs may be required.
☐ When submitting receipts for the replacement of personal property, please indicate on the receipt the corresponding item number from the personal property worksheet.

**Results of the Review**
After reviewing all the current facts and the terms of your policy, I have determined we are unable to issue you a payment for the damage(s). There are two reasons for this:

1. Your deductible is more than the damage covered by your policy
2. Your policy does not cover wear/tear of the main dwelling roof.

**Your Policy**
I know this can be disappointing news, so I want to make sure you fully understand the reason for this outcome. With that in mind, here's the section of your policy that pertains decision of the main roof. The main roof which is compiled of fiber cement tiles and standing seem metal panels showed no signs of hail impact. The inspection did reveal stress cracks from wear/tear of the shingles, as well as foot traffic on and around the valleys of roof. Delamination of the shingles is related to age and breakdown of the shingles of the main roof. Wear/tear and delamination is specifically excluded by your homeowners policy as I have quoted below:

> **SECTION I – PERILS INSURED AGAINST**
> **COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES**
> We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not insure, however, for loss:
> 2. Caused by:
>   e. Any of the following:
>     (1) Wear and tear, marring, deterioration;
>     (2) Inherent vice, latent defect, mechanical breakdown;

**Your Next Steps**
- To protect your property, please begin the repair process as soon as possible. If you don't have a preferred contractor, I can recommend one in your area.

- If you do have a preferred contractor, please make sure they email me their estimate (if different from the Liberty Mutual estimate), along with any photos, prior to starting any repairs.

- During repairs, the contractor may find additional damage that wasn't included in the initial estimate. If this happens, please call me before the work begins, as all additional work must be pre-approved by Liberty Mutual.

**Here to Help**
If you have any questions, or any new information to share, please email or call me. I can assist you more quickly if you reference your claim number in all communications.

Thank you for trusting Liberty Mutual with all your Insurance needs.

UD_PD



Sincerely,

Katie French
Your Liberty Mutual Claims Team

UD_PD