# Photo Sheet

**Liberty Mutual Insurance**

PO Box 515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

Insured:    DEBORAH BELLINA

Claim #:    039102820-01

Policy #:    H3F29816266340



**47-IMG_8635**

Date Taken: 1/31/2019

wind dmaged vent



**48-IMG_8636**

Date Taken: 1/31/2019

rear slope 6 hai ldamged shingles guest house 2

EXHIBIT 2

# Photo Sheet

**Liberty Mutual Insurance**

**PO Box 515097**
**Los Angeles, CA 90051-5097**
**Fax: (888) 268-8840**

Insured: DEBORAH BELLINA

Claim #: 039102820-01

Policy #: H3F29816266340



**49-IMG_8637**

Date Taken: 1/31/2019

hai l damged



**50-IMG_8638**

Date Taken: 1/31/2019

hail damged

# Photo Sheet

**Liberty Mutual Insurance**

PO Box  515097
Los Angeles, CA 90051-5097
Fax: (888) 268-8840

Insured:   DEBORAH BELLINA

Claim #:   039102820-01

Policy #:   H3F29816266340



**53-IMG_8641**

Date Taken: 1/31/2019



**54-IMG_8642**

Date Taken: 1/31/2019

right slope 6 hail damged guest house 2