# Appendix B  -  Curriculum Vitae

**Lee E. Branscome, Ph.D., C.C.M.**
Climatological Consulting Corporation
7338 155th Place North
Palm Beach Gardens, FL 33418
Ph 561 744 4889   Fax 561 744 5098
LBranscome@ccc-weather.com

**Education:**
Ph.D., Meteorology, Massachusetts Institute of Technology, 1981
B.S., Meteorology, Florida State University, 1975 (summa cum laude)

**Professional Experience:**

| | |
|---|---|
| 1998- | President, Climatological Consulting Corporation |
| 1996-97 | Vice President, Climatological Consulting Corporation |
| 1993-96 | Associate, Climatological Consulting Corporation |
| 1988-03 | President and Chief Scientist, Environmental Dynamics Research, Inc. |
| 1986-88 | Associate Professor, Division of Meteorology and Physical Oceanography, Rosenstiel School of Marine and Atmospheric Science, University of Miami |
| 1980-86 | Assistant Professor, Division of Meteorology and Physical Oceanography, Rosenstiel School of Marine and Atmospheric Science, University of Miami |
| 1977-80 | Graduate Research Assistant, Massachusetts Institute of Technology, Department of Meteorology and Physical Oceanography |
| 1975-77 | University Corporation for Atmospheric Research Graduate Fellow |
| 1974 | Meteorological Technician, National Climatic Center, Asheville, NC |

**Publications:**
Numerous technical articles in professional journals and conference proceedings on Atmospheric Dynamics, Mid-latitude Cyclones, Climate Processes, Global Climate Change, Geophysical Fluid Dynamics, Fog Formation Processes, Planetary Atmospheres, Sediment Transport Measurement, Aviation Meteorology, Extreme Rainfall, Weather Risk & Derivatives, Windstorms, and Forensic Meteorology.

**Certification:**
Certified Consulting Meteorologist (C.C.M. Certificate #538) by the American Meteorological Society.

**Awards:**
NASA-ASEE Summer Faculty Fellowship, NASA Marshall Space Flight Center, 1986. Carl-Gustav Rossby Award for most outstanding Ph.D. thesis submitted to M.I.T. Department of Meteorology and Physical Oceanography, 1981.   University Corporation for Atmospheric Research graduate fellowship awarded nationally to most outstanding graduate students in meteorology, 1975-77.

**Affiliations:**
American Meteorological Society, American Geophysical Union.

**Other:**
Consultant to public and private companies on the effect of weather and climate on business activities and to the nuclear energy industry on hurricane risk.
Invited Speaker on weather and climate topics at insurance and claims conferences.
Expert witness and consultant for weather-related litigation and accident investigations.
Research has been sponsored by National Science Foundation, National Oceanic and Atmospheric Administration, National Aeronautics and Space Administration, and US Army Corps of Engineers.
Elected to governing Council of the American Meteorological Society, 2009-2012.
Team member, NOAA Climate Partnership Task Force, 2011.
Review team member, NOAA Climate Information & Applications Program, 2009
Member of Climate Research Committee, National Research Council, 2001-2007.
President of National Council of Industrial Meteorologists, 1998-99.
Member of the Board of Certified Consulting Meteorologists, American Meteorological Society, 1996-2000 (Chairman, 1999-2000).
Adjunct Associate Professor, Division of Meteorology and Physical Oceanography, Rosenstiel School of Marine and Atmospheric Science, University of Miami, 1991-2001.
Consultant to EPA on Accidental Injury and Inclement Weather, 2001.
Principal consultant for multi-million dollar observational and modeling study of fog formation in eastern Tennessee, 1993-present.
Consultant to School Board of Palm Beach County on the development of Environmental Research and Field Studies Academy, 1992-93.
Instructor for in-service teacher training in meteorology, Palm Beach County Schools, 1992.
Consultant to South Florida Water Management District on meteorological modeling and rainfall forecasting, 1991.

10

EXHIBIT 3