

## Jason Cabe Johnston | Senior Forensic Structural Engineer, PE, SE, MLSE

*Flowood, Mississippi*

*Mobile: 985.788.3372*
*Jason.C.Johnston@efiglobal.com*

### Professional Summary:

Mr. Johnston is a senior structural engineer with 16 years of combined experience related to the design and investigation of buildings and other structures. His forensic engineering experience includes seven years of investigating structural failures/collapses and building envelope failures, as well as construction and design defects. He has led and performed numerous investigations to determine the origin and cause of structural failures and to determine the extent of structural damage related to fires, vehicle impacts, allisions, earthquakes, construction vibrations, and storm-induced forces associated with residential, commercial, industrial, and marine structures. He has also performed numerous investigations to determine the extent of damage to interior finishes, exterior wall cladding systems, and roofing systems caused by flooding, lightning, snow/ice, hail, wind, and wind-borne debris, including damage assessments following tornadoes and hurricanes.

Mr. Johnston's design engineering experience includes structural systems comprised of structural steel, cold-formed steel, aluminum, wood/timber, brick and concrete masonry, concrete, precast/prestressed concrete, post-tensioned concrete, tilt-up concrete, and metal building systems. His design engineering project types include water and wastewater treatment plants, parking garages, educational facilities, office buildings, healthcare facilities, industrial and manufacturing facilities, aviation facilities and aircraft hangers, and various military facilities.

Mr. Johnston's areas of expertise include, but are not limited to:

- Structural Steel and Cold-formed Steel Buildings
- Structural Failure Analysis
- Building Code Analysis/Review
- Evaluation of Construction/Design Defects
- Evaluation of Roofing and Exterior Cladding Systems
- Water Intrusion Evaluation

### Licenses and Certifications:

Professional Engineer, Alabama, No. 38263

Professional Structural Engineer, Arizona, No. 68970

Professional Engineer, Arkansas, No. 13636

Professional Engineer, Colorado, No. 55664

Professional Engineer, Florida, No. 75990

Professional Engineer, Georgia, No. 44455

Professional Engineer, Idaho, No. P-18917

Professional Engineer, Kansas, No. 22503

Professional Engineer, Louisiana, No. 37313

EXHIBIT 4

**EXHIBIT A**    1



Professional Engineer, Mississippi, No. 20828

Professional Engineer, Montana, No. PEL-PE-LIC-62402

Professional Engineer, New Mexico, No. 25593

Professional Structural Engineer, Nevada, No. 26575

Professional Structural Engineer, Oklahoma, No. 31131

Professional Engineer, Oregon, No. 95218PE

Professional Engineer, South Carolina, No. 30045

Professional Engineer, Texas, No. 113804

Professional Structural Engineer, Utah, No. 11247837-2203

Professional Engineer, Washington, No. 57873

Professional Engineer, Wyoming, No. PE 17546

Model Law Engineer (MLE), National Council of Examiners for Engineering and Surveying

Model Law Structural Engineer (MLSE), National Council of Examiners for Engineering and Surveying

Remote Pilot in Command, UAS/Drone Inspections, Federal Aviation Administration

Transportation Worker Identification Credential (TWIC)

**Project Experience:**

**J. Wray and Nephew Limited Rum Distillery |** *Clarendon, Jamaica*
Investigation to determine the cause of the partial collapse of a 145-foot-tall self-supporting steel stack and to determine the extent of structural damage to the adjacent steel-framed boiler building damaged as a result of the stack collapse.

**Uneeda Biscuit Building |** *Shreveport, Louisiana*
Investigation to determine the origin and cause of the partial collapse of a five-story building constructed circa 1902 and comprised of timber framing and multi-wythe load-bearing brick masonry perimeter walls. Reviewed design drawings and photographs taken prior to and during construction, as well as contractual agreements between the owner and contractor, the owner and architect, and the architect and structural engineering consultant, to determine if installation and/or design deficiencies contributed to the partial collapse.

**AXEL Americas Manufacturing and Warehousing Facility |** *Rosedale, Mississippi*
Investigation to determine the extent of structural damage to a grease manufacturing building sustained as a result of a fire. The structure was comprised of a metal building system with a structural steel-framed mezzanine that provided access to multiple kettles.

**VT Halter Marine Shipyard |** *Pascagoula, Mississippi*
Investigation to determine the cause of distress and displacement of a bulkhead comprised of steel Z-shape sheet piles with a concrete cap, steel HP-shape walers, and steel bar tie rods.



**Griffin River Terminal |** *Helena, Arkansas*
Investigation to determine the extent of structural damage to a dock on the Mississippi River that was damaged as a result of allisions involving multiple barges that were docked at, and subsequently displaced from, a facility located upriver. The dock was comprised of multiple platforms, dolphins, and walkways that were typically framed with structural steel components, as well as one dolphin comprised of a steel flat sheet pile, circular cell. Provided a conceptual scope of remediation for the structural damage.

**WestRock Panama City Mill |** *Panama City, Florida*
Investigation of over 60 buildings/structures that were primarily comprised of structural steel framing, cold-formed steel framing, and metal building systems to determine the extent of structural damage following Hurricane Michael. The investigation included the evaluation of numerous one-story warehouse structures, multiple conveyer transfer towers, and multiple production buildings, as well as multiple boiler buildings up to 12 stories and 170 feet in height.

**Brinsa South America |** *Bogotá, Colombia*
Designed a 147-foot-tall structure utilizing 575 tons of structural steel to support 1,500 tons of boiler equipment. Designed a 120-foot-tall structure utilizing 110 tons of structural steel to support 175 tons of fuel handling equipment. This project is in a moderate seismic zone, and seismic forces were resisted with a combination of special steel moment frames and special steel concentrically braced frames.

**Bill and Hillary Clinton National Airport – Terminal Redevelopment Phase 1, BHS Buildings |** *Little Rock, Arkansas*
Designed a 28,000 SF, two-story baggage matrix building that houses floor-supported baggage handling equipment for TSA on the first floor and provides additional office space on the second floor. Designed a 21,000 SF, one-story baggage make up building that houses a roof-supported conveyor system that distributes luggage to the individual airlines after being processed by TSA. The seismic loads for these Seismic Design Category D structures were resisted with a combination of special steel moment frames and special steel concentrically braced frames. Designed multiple canopies that cantilever from 9 to 25 feet.

**Abengoa Bioenergy Biomass of Kansas |** *Hugoton, Kansas*
Designed steel bents of varying heights to support an inclined ash conveyor, a 110-foot-tall steel structure to support an ash storage silo and ash mixer/unloader, and a steel structure to support a railcar load-out ash conveyor. Designed the mat foundations to support the steel structures for the ash handling system. Coordinated the bidding, detailing, fabrication, and construction of the structural steel for the ash handling system.

**USACE, Little Rock District – Norfork Bulkhead & Siphon Valve |** *Norfork Lake, Arkansas*
Designed a 125,000-pound traveling steel bulkhead that is used to seal the overflow monoliths of Norfork Dam so that maintenance can be performed on the tainter gates. Designed the structural steel supports and operation platforms for a multi-level intake siphon system that provides appropriate water levels and temperatures for the fish hatchery on the downstream side of Norfork Dam.

**Court Qualifications/ Depositions:**

Litigation CV available upon request.



**Professional Experience:**

EFI Global, Senior Forensic Structural Engineer, 2020 – present

Envista Forensics, Technical Lead, Steel Structures, 2019 – 2020

Envista Forensics, Senior Project Engineer, 2016 – 2019

Envista Forensics, Project Engineer, 2013 – 2016

FSE Energy, Structural Engineering Manager, 2012 – 2013

Garver, Project Manager and Structural Engineer, 2009 – 2012

Garver, Structural Design Engineer, 2004 – 2009

**Affiliations:**

American Institute of Steel Construction (AISC)

American Welding Society (AWS)

International Institute of Building Enclosure Consultants (IIBEC)

NACE International (formerly the National Association of Corrosion Engineers)

SSPC: The Society for Protective Coatings (formerly the Steel Structures Painting Council)

**Education:**

Bachelor of Science, Civil Engineering, Louisiana Tech University, Ruston, Louisiana, 2004

**Specialized Education:**

Existing Masonry Façade Repair and Restoration (IIBEC), 2020

12 Ways to Recover a Sloped Roof with Metal (IIBEC), 2020

The Ins and Outs of Reroofing (IIBEC), 2020

Steel Erection: Engineering and Execution of Low-Rise and High-Rise Buildings (AISC), 2020

Industrial Building Design and Design of Non-Building Structures (AISC Night School), 2020

That's Not Fracture-Critical: Classifying System Redundant Members (AISC), 2020

Steel Framed Stairway Design (AISC), 2020

The Basics of Steel Bridge Design Workshop (AISC + the National Steel Bridge Alliance, NSBA), 2020

Fatigue of Welded Connections—at the NASCC: The Steel Conference (AISC), 2020

AISC Design Guide 10: Erection Bracing of Low-Rise Structural Steel Buildings—at the NASCC: The Steel Conference (AISC), 2020

AWS 11th Weld Cracking Symposium, 2020



Inspection Expo and Conference (a joint meeting between AWS, AISC, NACE International, + the American Society for Nondestructive Testing), 2020

Welded Connections—A Primer for Engineers (AISC Night School), 2019

Corrosion Resistance of A709 Grade 50CR Steel (AISC), 2019

Seismic Design Manual, 3rd Edition, and Applications of the 2016 AISC Seismic Provisions—at the NASCC: The Steel Conference (AISC), 2019

The 15th Edition Steel Construction Manual and the 2016 AISC Specification for Structural Steel Buildings—at the NASCC: The Steel Conference (AISC), 2019

Steel Construction, From the Mill to Topping Out (AISC Night School), 2018

ASCE 37: Design Loads on Structures During Construction—at the NASCC: The Steel Conference (AISC), 2017

Fundamentals of Connection Design (AISC Night School), 2013

Structural Masonry Design (Northwest Concrete Masonry Association), 2011

Practical Design of Structures for Blast Effects—Design Criteria, Design Methods, and Progressive Collapse (National Council of Structural Engineers Associations, NCSEA), 2010

CE 528 Structural Design in Wood—a one-semester course from the Master of Civil Engineering program at North Carolina State University, 2010

Practical Connection Design for Economical Steel Structures (AISC), 2010

Intelligent Design—Low-Rise and Mid-Rise Buildings (AISC), 2009