## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DEBORAH BELLINA,

                  PLAINTIFF

v.

LIBERTY MUTUAL INSURANCE
COMPANY,

                  DEFENDANT

CIVIL ACTION

NO. 2019-13711

JUDGE: SARAH VANCE

MAG. JUDGE: DANA DOUGLAS

### LIBERTY PERSONAL INSURANCE COMPANY'S
### WITNESS AND EXHIBIT LIST

Defendant Liberty Personal Insurance Company, improperly named in the petition for damages as Liberty Mutual Insurance Company, ("Liberty"), pursuant to the Court's scheduling order (R. Doc. 24), respectfully submits the following witness and exhibit list:

### FACT WITNESS LIST

1. A representative of Liberty Personal Insurance Company.

2. **Katie French**
   6671 Canal Boulevard
   New Orleans, Louisiana 70124
   (318) 614-9709

3. **Katelynn Bowe**
   All Star Roofing
   303 Jackson Avenue
   Mandeville, Louisiana 70448
   (985) 626-7663

4. Plaintiff Deborah Bellina, on cross-examination.

5. Any witness listed or called by Plaintiff Deborah Bellina.

6. Any witnesses needed to authenticate any document at trial.

7. Any witnesses needed for impeachment purposes.

## EXPERT WITNESS LIST

1. **Jason C. Johnston, PE, SE, MLSE[1]**
Senior Forensic Structural Engineer
EFI Global, Inc.
3010 Lakeland Cove, Suite E
Flowood, Mississippi 39232
Phone: (985) 788-3372

2. **Dirk Carvajal, ME, PE[2]**
Principal Consultant
Envista Forensics
3440 Sojourn Suite 230
Carrollton, Texas 75006
Phone: (469) 709-2440

3. **Dr. Lee Branscome, CCM**
Climatological Consulting Corporation
7338 155th Place North
Palm Beach Gardens, FL 33418
Phone: (561) 744-4889

## EXHIBIT LIST

1. Homeowners policy number H3F29816266340, effective from January 15, 2019 through May 15, 2019, issued to Deborah Bellina.

2. Denial letter (with enclosures) dated February 25, 2019 (LM_Bellina 000267-000333)

3. Email (with attachments) from Katie French to Deborah Bellina dated February 26, 2019 (LM_Bellina 000225-000233)

4. Letter from Paul Lea to Liberty dated June 11, 2019 (LM_Bellina 000001-000002)

5. All documents produced in response to the subpoena duces tecum issued to All-Star Roofing and attached as exhibits to the deposition of Katelynn Bowe.

6. Report of Jason Johnston dated February 22, 2019.

7. Report of Dirk Carvajal dated March 6, 2020.

---

[1] Mr. Johnston physically inspected Plaintiff's property and can also testify as a fact witness due to his personal knowledge and observations.

[2] Mr. Carvajal physically inspected Plaintiff's property and can also testify as a fact witness due to his personal knowledge and observations.

8. Report of Dr. Lee Branscome dated November 16, 2020.

9. Report and photographs of Brandon Simoneaux (LM_Bellina 000175-000212)

10. Any document listed by Plaintiff Deborah Bellina.

11. Any document needed for impeachment purposes.

Respectfully submitted,

/s/ Patrick J. Lorio

H. Minor Pipes, III, 24603 (T.A.)
Patrick J. Lorio, 38328
PIPES | MILES | BECKMAN, LLC
1100 Poydras Street, Suite 1800
New Orleans, LA 70163
Telephone: 504-322-7070
Facsimile: 504-322-7520
mpipes@pipesmiles.com
plorio@pipesmiles.com

*Attorneys for Liberty Personal Insurance Company*